UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephen C. Baptiste

    v.                                  Civil No. 16-cv-439-JD

NH Attorney General, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 13, 2017.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: March 30, 2017

cc:   Stephen C. Baptiste, pro se